IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORI F. GUSTAFSON,

    Plaintiff,                              CIV S-06-2816 CMK

    vs.

MICHAEL J. ASTRUE,                   ORDER TO SHOW CAUSE
Commissioner of Social Security,

    Defendant.

_____/

        On December 14, 2007, this court granted plaintiff's motion to proceed in forma pauperis. In that order, the court directed plaintiff to <u>submit to the United States Marshal a completed summons and copies of the complaint</u> within fifteen days. (Doc. 4.) Plaintiff was directed to notify the court when she had submitted a summons and copies of the complaint to the United States Marshal.

        It appears that defendant has not yet been served, and plaintiff has not notified the court that she has submitted the service materials to the United States Marshal.

///

///

///

1

IT IS ORDERED that:

1. Plaintiff shall show cause, in writing, within ten days from the date this order is filed, why she has failed to provide the materials to the United States Marshal for service of defendant.

2. Failure to respond to this order may result in dismissal of this action.

3. The court further notes that plaintiff has not complied with the scheduling order issued in this matter as she has not consented or declined to consent to magistrate judge jurisdiction. Plaintiff shall notify the court if she consents or declines to consent to magistrate judge jurisdiction within ten days of the date of this order.

4. The Clerk of the Court is directed to serve a copy of this order on Bobbi J. Montoya, Assistant United States Attorney.

DATED: May 8, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE