IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORI F. GUSTAFSON,

    Plaintiff,	CIV S-06-2816 CMK

    vs.

MICHAEL J. ASTRUE,	ORDER DISCHARGING
Commissioner of Social Security,	TO SHOW CAUSE

    Defendant.

_____/

    Plaintiff has responded to the court's May 09, 2007 order to show cause. Accordingly, the order is discharged.

    IT IS SO ORDERED.

DATED: May 15, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE